# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00426-CV

### The Offshore Drilling Company f/k/a R&B Falcon Corporation, Appellant

### v.

### Texas Property and Casualty Insurance Guaranty Association, Appellee

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
NO. D-1-GN-07-001661, HONORABLE RHONDA HURLEY, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant and appellee have filed a joint motion to dismiss the appeal, explaining that they have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Joint Motion

Filed:  July 13, 2010